# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

FILED
1/20/21 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Debtor:** JANET L. LUBISH
**Case Number:** 19-23168-CMB       **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 14, 2021 11:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#15 Chapter 13 Plan Dated 09/05/2019 (NFC)
+Objections By: PNC BAnk National Association
R / M #:  15 / 0

## *Appearances:*

Debtor:                         White
Trustee: Winnecour / Pail / Katz / DeSimone  Warmbrodt

Creditor:                       Robt. Wendt. Trinity Fin. Svcs

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. __V__ Plan/Motion continued to _2/9/21_ at _10:30_ .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
      Objections are due on or before _____ .
      A hearing on the Amended Plan is set for _____ at _____

9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

Cont'd for sale