# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

FILED
4/30/21 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- **Debtor:** JANET L. LUBISH
- **Case Number:** 19-23168-CMB  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 29, 2021 10:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#15 Chapter 13 Plan Dated 09/05/2019 (NFC)
R / M #: 15 / 0

**Appearances:**

- Debtor: White
- Trustee: Winnecour / Pai / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. ✓ Plan/Motion continued to 7/15/21 at 11:30.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

Handwritten note: Case contingent on sale per counsel there has been some recent interest in property. Con't in hope there is progress.