# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** JANET L. LUBISH
- **Case Number:** 19-23168-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 15, 2021 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/16/21 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#15 Chapter 13 Plan Dated 09/05/2019 (NFC)
R/M #: 15 / 0

**Appearances:**

Debtor: White
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Handwritten note:* Case is contingent on sale of Real estate. Broker's listing agreement was dated 2/25/20 per counsel. Offer is being prepared that will be accepted.

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __8/26/21__ at __11:00 Am__
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

7/6/2021    12:16:31PM