# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

FILED
8/27/21 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** JANET L. LUBISH
- **Case Number:** 19-23168-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 26, 2021  11:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#15 Chapter 13 Plan Dated 09/05/2019 (NFC)
R / M #: 15 / 0

## Appearances:

White

- **Debtor:**
- **Trustee:** Winnecour / Warmbrodt / Katz / (DeSimone)
- **Creditor:**

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10-28-21 at 10:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Continue for sale

8/20/2021   8:52:22AM