# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
10/29/21 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

- Debtor: JANET L. LUBISH
- Case Number: 19-23168-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 28, 2021 10:00 AM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#15 Chapter 13 Plan Dated 09/05/2019 (NFC)
R / M #: 15 / 0

**Appearances:**

- Debtor: White
- Trustee: Winnecour / Warmbrodt / (Katz) / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 11/10/21 at 11:00 Am
10. ____ Other:

*[Handwritten notes:]*

Sale contingent plan, 26 months into case, 8 conciliations, there has been no sale.

Trustee requests case be converted to Chapter 7 as a result of delay prejudicial to creditors. Conversion in best interest of creditors. Debtor had real estate with scheduled equity and a mortgage on a commercial property (ie, money due her as mortgagee). Based on asset values, this was to have been 100% plan. Should be in hands of Ch 7 Trustee.