# PROCEEDING MEMO

**Date:** 11/10/2021 11:00 am

**In re:** Janet L. Lubish

Bankruptcy No. 19-23168-CMB
Chapter: 13
Doc. # 54

**Appearances:** BY ZOOM: Owen Katz; Daniel R. White

**Nature of Proceeding:** #15 Contested Plan Hearing Re: Chapter 13 Plan Dated 09/05/2019

**Additional Pleadings:** #22 Interim Confirmation Order Signed 10/16/2019. Conciliation Conference Continued to 02/27/2020 at 2:00 p.m.
#29 Conciliation Conference Minutes Dated 02/27/2020. Conciliation Conference Continued to 06/25/2020 at 11:30 a.m.
#39 Conciliation Conference Minutes Dated 06/25/2020. Conciliation Conference Continued to 10/22/2020 at 10:00 a.m.
#41 Conciliation Conference Minutes Dated 10/22/2020. Conciliation Conference Continued to 01/14/2021 at 11:00 a.m.
#48 Conciliation Conference Minutes Dated 01/14/2021. Conciliation Conference Continued to 04/29/2021 at 10:30 a.m.
#52 Conciliation Conference Minutes Dated 04/29/2021. Conciliation Conference Continued to 07/15/2021 at 11:30 a.m.
#53 Conciliation Conference Minutes Dated 07/15/2021. Conciliation Conference Continued to 08/26/2021 at 11:00 a.m.
#54 Conciliation Conference MInutes Dated 08/26/2021. Conciliation Conference Continued to 10/28/2021 at 10:00 a.m.
#56 Conciliation Conference Minutes Dated 10/28/2021. Continued to a CONTESTED Hearing via Zoom for 11/10/2021 at 11:00 a.m.

**Judge's Notes:**

**Outcome:** Hearing Held. Case Converted to Chapter 7 due to lack of payment and equity in real estate. Order to be entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
11/10/21 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA