**Date: 03/08/2022 10:00 am**

**In re:   Janet L. Lubish**

Bankruptcy No. 19-23168-CMB
Chapter: 7
Doc. # 91

**Appearances:  BY ZOOM:  Jeffrey Sikirica**

**Nature of Proceeding:** #91 Trustee's Motion For Free and Clear Sale of Debtor's Real Property Located at 1579 McClellandtown Road, German Township, McClellandtown, PA 15468, Parcel No. 15-22-0271-10

**Additional Pleadings:** #88 Default Order Signed 01/10/2022 Granting Application Employ Stefani Lucas as Realtor
#96 Proof of Publication in Fayette Legal Journal
#97 Proof of Publication in Herald-Standard
#99 Proof of Publication in Herald-Standard

**Judge's Notes:**

**Outcome:** Hearing Held.  Sale conducted.  There were no higher or better offers.  Buyer is a Good-Faith Purchaser.  Sold to: Black Diamond II LLC in the amount of $150,000.00.  Revised Order to be submitted by Attorney Sikirica, by Monday 03/14/2022.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
3/8/22 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA